UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-480(DSD/ECW)

United States of America,

       Plaintiff,

v.                                              **ORDER**

Ricardo Marquina-Castillo,

       Defendant.


This matter is before the court upon the government's motion to dismiss the case under Rule 48(a) of the Federal Rules of Civil Procedure given defendant's removal from the United States.  The court finds that dismissal is appropriate under these circumstances.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The motion to dismiss [ECF No. 23] is granted;

2.   The case is dismissed without prejudice.


Dated: April 6, 2026

                        s/*Paul A. Magnuson* for
                        David S. Doty, Judge
                        United States District Court